```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 22845
   KATHERINE BENNETT
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0409


-----------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 08/28/2008 and was not confirmed.

     The case was dismissed without confirmation 12/01/2008.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-----------------------------------------------------------------------------
ROUNDUP FUNDING LLC       UNSEC W/INTER     7278.94          .00             .00
ROUNDUP FUNDING LLC       UNSEC W/INTER     1627.82          .00             .00
THE FIRST MORTGAGE CORP   CURRENT MORTG       .00            .00             .00
THE FIRST MORTGAGE CORP   MORTGAGE ARRE     1000.00          .00             .00
AMERICAN EXPRESS          UNSEC W/INTER     4921.60          .00             .00
AMERICAN EXPRESS          UNSEC W/INTER      303.62          .00             .00
AMERICAN EXPRESS          UNSEC W/INTER     4948.96          .00             .00
AMERICAN EXPRESS          UNSEC W/INTER      378.04          .00             .00
B-REAL LLC                UNSEC W/INTER     1582.84          .00             .00
CAPITAL ONE               UNSEC W/INTER NOT FILED            .00             .00
DISCOVER FINANCIAL        UNSEC W/INTER NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER NOT FILED            .00             .00
FIRST PREMIER BANK        UNSEC W/INTER NOT FILED            .00             .00
HSBC ORCHARD BANK         UNSEC W/INTER NOT FILED            .00             .00
MIDNIGHT VELVET           UNSEC W/INTER      200.64          .00             .00
NICOR GAS                 UNSEC W/INTER NOT FILED            .00             .00
PRA RECEIVABLES MANAGEME  UNSEC W/INTER     1686.75          .00             .00
PREMIER BANKCARD          UNSEC W/INTER      482.31          .00             .00
TCF BANK                  UNSEC W/INTER NOT FILED            .00             .00
US DEPT OF EDUCATION      UNSEC W/INTER    81500.48          .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     5931.43          .00             .00
THE FIRST MORTGAGE CORPO  MORTGAGE NOTI NOT FILED            .00             .00
FINGERHUT DIRECT MARKETI  UNSECURED          113.98          .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,491.50                      464.00
TOM VAUGHN                TRUSTEE                                          36.00
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                    500.00

PRIORITY                                         .00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 22845 KATHERINE BENNETT
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                    464.00
TRUSTEE COMPENSATION                                               36.00
DEBTOR REFUND                                                        .00
                                   ----------------    ----------------
TOTALS                                      500.00              500.00
```

  Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
  Dated: 03/05/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```